E-FILED
Monday, 21 May, 2018 03:36:20 PM
Clerk, U.S. District Court, ILCD

MAY 2 1 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

UNITED STATE DISTRICT Court
CENTRAL DISTRICT OF ILLINOIS

SIDNEY HARRIS
     Plaintiff,

Case No. 18-4095

VS.

JURY TRIAL DEMANDED

Lutinet Jones,

Illinois Department of Corrections,

WEXFORD HEALTH SOURCES,

et al.

          Defendants


COMPLAINT UNDER THE CIVIL RIGHTS
ACT, TITLE 42 SECTION 1983 U.S. CODE

I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff, an inmate

Sidney Harris #M37506
6665 State Rt. #146 E,
  Vienna, IL 62995

B. THE DEFENDANTS

Lutinet Jones is at all times relevant to this COMPLAINT acting in
color being employed by the Illinois Department of Corrections (I.D.O.C.)

I

Defendant Lynn Hilgendorf is at all times relevant to this COMPLAINT acting in color an employee of I.D.O.C. as a sergeant at Hill Correctional Center and being sued in individual and official capacity.

Defendant Ryan A. Oelberg is at all times relevant to this COMPLAINT acting in color, an employee of I.D.O.C. as a Correctional Officer at Hill Correctional Center. is being sued in individual and official capacity.

Defendant Gary W. Millard is at all times relevant to this COMPLAINT acting in color an employee of I.D.O.C. as Adjustment Committee Chairman at Hill Correctional Center. is being sued in official capacity.

Defendant Barbara A. King is at all times relevant to this COMPLAINT acting in color an employee of I.D.O.C. as a member of the Adjustment Committee at Hill Correctional Center is being sued in official capacity.

Defendant Registered Nurse (R.N.) Hawk is an employee of WEXFORD HEALTH SOURCES is at all times relevant to this COMPLAINT is being sued in her individual capacity and official capacity.

Defendant Illinois Department of Corrections is at all times relevant to this COMPLAINT acting in color is being sued in official Capacity.

Defendant WEXFORD HEALTH SOURCES is at all times relevant to this COMPLAINT and is being sued in official and individual Capacity.

All Defendants are best of Plaintiff's Knowledge known to be located at the address of ~~████████~~: Hill Correctional Center, 600 S. Linwood Rd., Galesburg, IL 61402.

# II. JURISDICTION

A. This Court has the appropriate jurisdiction under 28 U.S.C. Section 1331. The incident of this COMPLAINT occurred at Hill Correctional Center located in Knox County.

B. Plaintiff's 14th, 11th and 8th Amendment of the U.S. Constitution Rights and Civil Rights were violated by all defendants by medical negligence, medical malpractice, inadequate medical care, inadequate medical treatment, cruel and unusual punishment by the deliberate indifference of all defendants.

# III. STATEMENTS OF CLAIM

Plaintiff is entitled to damages because of the harm, pain and sufferring Plaintiff experienced and endured, and for violations of his rights by defendants. Plaintiff had a bump on his knee that got infected. Plaintiff notified employees of both I.D.O.C. and WEXFORD HEALTH SOURCES that his knee was infected, but I.D.O.C. and WEXFORD HEALTH SOURCES neglected to give Plaintiff medical treatment and only advised ice and pain pills, of which "ice and pain pills" can not treat an infection. As Plaintiff's infection in his knee became worst. On multiple occasions and on May 29, 2016 Plaintiff's leg was nearly twice the size as his other leg because being filled with pus, and could not walk and thus be medical emergency escorted to health care in which employees of I.D.O.C. and employees of WEXFORD HEALTH SOURCES again only reccommended ice and pain pills. Plaintiff informed I.D.O.C. and WEXFORD HEALTH SOURCES that ice and pain pills wont help, and the infection was getting worst, but I.D.O.C. and WEXFORD HEALTH SOURCES ~~[struck through text]~~ failed to provide effective care and treatment for Plaintiff's infected knee.

3

The infection spread to Plaintiff's low leg ~~muscle~~ muscle, all the way up to his upper thigh, oozing with pus; leaving Plaintiff in pain, dizzy and not able to walk. Another medical emergency was alerted to I.D.O.C. and WEXFORD HEALTH SOURCES. Lutinet Jones asked Plaintiff, "Can you Walk?" Plaintiff replied, "No". Then Lutinet Jones stated, "We are not going to carry you because I think you're faking". Then R.N. Hawk added "Yeah he is faking. He have been to health care 2 times in a row for the same thing". Plaintiff informed both Lutinet Jones and R.N. Hawk that he could not walk, and felt dizzy and felt like passing out. Lutinet Jones then, stated again, "We are not going to carry you". Lutinet Jones asked other inmates to ~~carry~~ Volunteer to carry Plaintiff. 3 inmates by themselves carried Plaintiff to the emergency health care van when it was ~~suppose to be~~ Lutinet Jones and R.N. Hawks responsibility and job to do it. ~~At~~ At Health Care Lutinet Jones commanded R.N. Hawk to charge me $5.00 when medical emergency is Called it suppose to be free. Plaintiff was placed in a wheel chair by heal care staff in the Health Care Unit. R.N. Hawk stated to Sergeant Hilgendorf that Plaintiff can leave now. Sergeant Hilgendorf told Plaintiff to get up and leave. Plaintiff informed Sergeant Hilgendorf and R.N. Hawk that he didn't feel any better and that ~~~~he could not walk because of his leg and being dizzy. But R.N. Hawk and Sergeant Hilgendorf acted with deliberate indifferce to Plaintiff's serious medical need. Sergeant Hilgendorf alerted Lutinet Jones in which they both escorted Plaintiff to a holding cage in Segregation while in a wheel chair. Correctional Officer Oelberg was working in segregation and assigned to watch Plaintiff. Plaintiff notified Oelberg multiple times that he had to urinate. Oelberg replied, "Too Fucking Bad". Plaintiff held his urine in his body as long as he could which caused him to urinate on himself.

Lutinet Jones was alerted where he placed Plaintiff in a segregation cell. Plaintiff was not given a change of clothes and suffered being in segregation 3 days with no shower and the same clothes that he urinated on himself caused by Oelberg, Hilgendorf, and Lutinet Jones all acting with deliberate indifference and cruel and unusual punishment.

On June 6, 2016 Plaintiff had to hear tickets written each by Hilgendorf and Oelberg at the Adjustment Comittee which was heard by Gary W. Millard and Barbara A. King. Plaintiff explained to the Adjustment Committee that he could not walk and Oelberg would not allow him to use the bathroom, but Millard and King acted with deliberate indifference and cruel and unusual punishment by taking disaplinary action giving Plaintiff a total of 2 months C Grade, 2 months Commissary Restriction, 2 months Gym/Yard Restriction, and 3 days Segregation. This is this first and only COMPLAINT Plaintiff had filed regarding this matter and issue.

## IV. EXHAUSTION OF REMEDIES

Plaintiff exhausted all avalible remedies by completing the greivance Procedure before filing this complaint.

- 1st submit to Counselor for a responce
- 2nd Foward to Greivance Officer for responce
- Last Forward to the Administrative Review Board for responce.

## V. Medical Records & Supporting Documents

- Medical Records are attatched to this COMPLAINT as Exhibit B

- All other Supporting Documents to this COMPLAINT is attatch as Exhibits.

## VI. RELIEF

Plaintiff supplicate this Honorable Court to order Defendants to Compensate the amount of $250,000.00 in damages to Plaintiff for pain and sufferring. Also for Defendants to pay punitive damages of any amount that this Honorable Court deem just for the Defendants' deliberate indifference and cruel and unusual punishment.

# Certificate of Service

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct best to knowledge, and that I personally signed this document and placed this COMPLAINT in the prison mail at Shawnee Correctional Center with the proper postage to the opposing parting address: Hill Correctional Center, 600 S. Linwood Rd., Galesburg, IL 61402.

Executed on ___May 15th___ 2018.

X  _Sidney Harris #M37506_
   Sidney Harris #M37506
   Shawnee Correctional Center
   6665 State Rt.#146 E.
   Vienna, IL 62995

(Page #1 out of 3)   ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

1A30  Exhibit A

| Date: 07-20-16 | Offender: (Please Print) Sidney Harris | ID#: M37506 |
|---|---|---|

| Present Facility: Hill Correctional Center | Facility where grievance issue occurred: Hill Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**  7/21/14

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report _____  Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I had a bump on my knee, I busted it, and it got infected. My knee, then got swollen over the next couple of days, though I tried to keep it clean. It got to the point it hurted so much that I could barely walk, so I laid down on the walk to dietary and a correctional officer and nurse escorted me to Health Care in a wheelchair on May 29, 2016. ~~I informed the nurses~~ I informed the nurses that my knee was infected, but they denied or neglected my allegation. I spent a nite in Health Care's infirmary. ~~Over the course~~ The nurses only gave me 200 mg IBUPROFEN and advised me to put

Relief Requested: I just want report these incidents and go through the grievance process.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: _Sidney Harris_   ID#: M37506   Date: 07,20,16

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7,22,16   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: HCU Administrator states chart was review on 5/29/16 slight swelling to left knee per offender ripped a blister two days ago. Agree with motion for the person 5/30 discharge from infirmary per telephone order from Dr. No wound no drainage ambulate written difficult. Called watch later both days still no break in skin integrity, and no sign of infection and no additional reason why I/m could not walk.

Gary Bens
Print Counselor's Name   Counselor's Signature   7 20 16   Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____   Date _____

(Page 3 of 3)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Exhibit A

They escorted me to Segregation because Lt. Jones, Sgt. Hilgendorf and the nurses thought I was faking. It was not their position to judge that I couldn't walk. I was suppose to have seen the doctor. But they enforced harsh punishment and cruel unusual treatment on me. Lt. Jones left me in the holding cage for over 30 minutes. I told the officer by me I had to pee. Then he stated "too fucking Bad". I had to pee ergently because the nurse made me drink alot of water. I tried to hold it, but it led to me urinating on myself in my ~~own~~ clothing. The Correctional Officer ~~that~~ called Hilgendorf, the she called Lt. Jones. Jones stated "At first we couldn't send you to seg, but now that you peed on the floor we can. I'm so glad you did that." Lt. Jones escorted me to a segregation cell in a wheelchair. I was in handcuff restraints. He rolled me into the cell to the bed. I ~~~~ rolled onto the bed. He removed the wheelchair from the cell and closed the door. He asked me to walk to the door so he could remove the restraints through the chuck hole in the door. I tried to hop on one leg to the door and I fell. I laid there and told him that I couldn't walk. Jones then stated "Okay if you dont get up you will be in them handcuff all nite". I laid there. He left for 8 minutes. I was still on the floor when him and Hilgendorf ~~~~ came. Hilgendorf said "If you dont get up Sidney, I'm going to spray your ass with mace." She then sprayed a little squirt of mace inside the cell through the chuckhole to intimidate me. They ~~~~ left the came back 5 minutes later with the wheelchair. I helped myself on the wheelchair and they escorted me back to the holding cage. And left me there for 2 hours. The Correctional officers had to keep giving me little garbage bags to urinate in. Lt. Jones came back, rolled me to a different segregation cell, but this one was not clean. It was filthy. Lt. Jones ~~~~ told me to sit on the toilet that was close to the door, so when he close the door for me to try to stand so he could remove the restraints from my hands through the chuckhole in the door. I warned him that he has to do it quick because I wont be able to stand for long. He said "Okay". I hopped up on one leg to stand at the door on one leg and He quickly removed the handcuffs successfully. I sat back on the toilet because it was very close to the door. Next Shift I informed officers I needed medical attention, but they gave me none. I had to self medicate by squeezing mass amounts of pus out of my Knee daily. I spend 3days in segregation with the same ~~clothing I urinated on myself in with no change of clothes. The~~ swelling and pain deminished because of me self medicating squeezing mass amount of pus out of my Knee over 3 day period. I started to walk again.

( Page 2 of 3 )

Exhibit A

ice on it. The next day I was discharged from the infirmary back to my housing unit without seeing the doctor. I told the nurse that my knee was infected, it didnt feel any better, but she insist that nothing was wrong with me. The nurse was never suppose to discharge me ~~until~~ until I was examined by the doctor. Later that same day May 30, 2016, I was escorted back to Health Care in a wheelchair again for not being able to walk. So the nurse allowed me to spend a nite in the infirmary Health Care living Unit. The following day, Dr. Sood examined my knee and acknowledged that my knee was infected. So Dr. Sood prescribed me "IBUPROFEN 800 mg TAB" and "SULFATRIM DS 800MG/160 MG TAB" for my pain and infection. Once I started taking the medication for my infection. pus began oozing out of my knee. The infection spreaded to my lower leg and my upper thigh. My whole left leg was almost twice the size of my right leg. My leg full of pus. I was in pain. It actually felt like I was going to pass out and die in my sleep. # Near Death. So during my day room, I alerted security correctional officer to contact the nurses because I couldnt walk, I felt very dizzy and light headed like I was going to pass out or die. The correctional officer called a Code. 3 Medical Emergency. The nurses and Lutinet Jones came. Lt. Jones asked me can I get up and ~~was~~ walk? I told me, "NO" Then Lt. Jones said "We are not about to carry you because I think you're faking." Then the nurses added "Yeah he is faking. He been to Health Care 3 times in a row for the same thing. Nothing is wrong with him." I told them "I feel dizzy, I cant walk and if feel like Im about to pass out" Lt. Jones said "We are not about to carry you." So Lt. Jones asked inmates on the wing we were on to volunteer to carry me outside to the Health Care's Emegency Van. 3 inmates did the officers and nurses jobs for them and carried me outside to the van. It was the officers and nurses job to carry me. Not the inmates. I was escorted to Health Care by van vehical, I was then place in a wheelchair and the nurse examined me. She advised me to drink 2 very large cups of water to see if I feel better, but I drunk it and obtained no relief. Lt. Jones also told the nurse to charge me $5 co-pay. Which was not suppose to happen when a code. 3 Medical Emergency is involved. I told the nurse that I didnt feel better, but she told Sgt. Hilgendorf that I could leave. ~~So So~~ So Sergeant Hilgendorf told me to get up and leave. I told Hilgendorf I couldnt walk. Then Hilgendorf called ~~Lt. Jones and they escorted me to segregation holding cage in a~~ wheel chair. Lt. Jones said since I didnt go back to my housing Unit that I was going to segregation. ~~So~~

*Exhibit A*

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: August 15, 2016          Date of Review: August 18, 2016          Grievance # (optional): 17-0156

Offender: Harris, Sidney                                                      ID#: M37506

Nature of Grievance: Medical; treatment; staff conduct

**Facts Reviewed:** The grievance is dated 7/20/16. Mr. Harris states that he was escorted to HCU in a wheelchair on 5/29/16 after lying down on the walk in front of Dietary. He states that he explained to "the nurses" (no names given) in HCU that the knee was infected, but they ignored this statement. He states that he spent the night in the Infirmary, and was given ibuprofen and advised to put ice on the knee. He states that he was discharged from the Infirmary the next day, without seeing a doctor. He states that he told a nurse (no name given) that his knee was infected and didn't feel any better, but she insisted that there was nothing wrong with him. He states that, later that day, he was escorted back to HCU in a wheelchair again because he couldn't walk. He states that he spent another night in the Infirmary, and was examined by Dr. Sood the next day, who stated that his knee was infected and prescribed ibuprofen and sulfatrim. He states that, once he started taking the medication, pus began to ooze from the knee, and the infection spread to his entire leg, which filled with pus. He states that he was in pain, and felt like he was going to pass out and die in his sleep. He states that, during his dayroom, he told his wing officer (no name given) to contact nursing staff, because he felt dizzy and lightheaded, and that he was going to pass out or die. He states that nurses (no names given) and Lt. Jones responded to the officer's call, and Lt. Jones asked him if he could get up and walk. He replied that he couldn't, to which Lt. Jones replied that the grievant was not going to be carried by staff, because the lieutenant thought the grievant was "faking it". He states that the nurses added that he had been to HCU three times in a row and that nothing was wrong with him. He states that he told them that he felt dizzy, couldn't walk, and that he was going to pass out, and Lt. Jones again stated that he would not be carried by staff. He states that three offenders on his wing volunteered to carry him to the emergency vehicle. He states that, at HCU, he was placed in a wheelchair and examined by a nurse (no name given) who advised him to drink two large glasses of water. He states that he did so but got no relief. He states that Lt. Jones told the nurse to charge him a $5.00 co-pay. He states that the nurse told Sgt. Hilgendorf that he could leave, so Sgt. Hilgendorf told him to get up and leave. He states that he told her that he couldn't walk, and Sgt. Hilgendorf then called Lt. Jones, who escorted him, in a wheelchair, to a holding cage in the Segregation Unit. He states that Lt. Jones told him that he was going to be placed in Segregation for refusing to return to his unit. He states that Lt. Jones left him in the holding cage for more than thirty minutes, at which time he told an officer (no name given) that he had to urinate. He states that the officer replied, "Too fucking bad". He states that he wound up urinating on himself, at which time the officer called Sgt. Hilgendorf, who called Lt. Jones. He states that Lt. Jones told him that he was glad that he urinated on himself. (continued)

**Recommendation:** Based on a review of all available information, it is the recommendation of this reviewing officer that the grievance be DENIED, as no factual basis has been found to substantiate the grievant's allegations.

Steve Gans, C.C.2
Print Grievance Officer's Name                         Grievance Officer's Signature

| Chief Administrative Officer's Response |
|---|

Date Received: 8/18/16      ☒ I concur      ☐ I do not concur      ☐ Remand

Comments:

Chief Administrative Officer's Signature                              8/18/16
                                                                      Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Sidney Harris                          M37506              9-24-16
Offender's Signature                   ID#                 Date

*Exhibit A*

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

March 8, 2017

Sidney Harris
Register No. M37506
Hill Correctional Center

Dear Mr. Harris:

This is in response to your grievance received on August 30, 2016, regarding Medical (Infected Knee), which was alleged to have occurred at Hill Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated July 20, 2016 regarding the alleged lack of treatment for your infected knee. In summary you write that you had a bump on your knee, which had become infected when you busted it. *This date of incident is not provided.* "Over the next couple of days", it became worse and you were escorted to the HCU on May 29, 2016. Upon being seen, you claim the Nurses neglected you, but write you were held in the HCU overnight and given Ibuprofen and advised to ice it. On May 30, 2016 you were escorted by wheelchair back to the HCU, where again, you spent the night. On May 31, 3016 Dr. Sood examined you and prescribed medications. Upon taking the medication, puss began oozing and the infection spread to your lower leg and upper thigh. During dayroom (no date cited), HCU Staff were alerted to your condition and came to assist you. However, you claim Lt. Jones and the tending Nurse (no name given) stated you were faking and refused to carry you to the waiting van; so instead, other offenders did. As you believe this was an emergency, you feel you should not have been charged for this co-pay (no date provided). The Nurse then released you, even though you told her you didn't feel better. At that point, Sgt. Hilgendorf and Lt. Jones escorted you to seg for failure to return to your housing unit; as they believed you were "faking" your condition. While being held in the cage, you requested to use the restroom but was told "too fucking bad" by an unnamed officer and urinated on yourself. You were then escorted to seg (via wheelchair) by Lt. Jones, who asked you to walk to the door to be uncuffed. When you replied you couldn't walk, you claim Lt. Jones stated, "...you will be in them handcuff all nite". Sgt. Hilgendorf then approached the cell and sprayed a "little squirt" of mace inside the cell to intimidate you. They then returned with the wheelchair and escorted you back to the holding cage, where they left you for two (2) hours. You were then taken to a different seg cell, which you claim was not clean. During the next shift of officers, you asked for medical attention but was not given any. You claim you were in this cell for three (3) days, in the same clothing you had urinated on and left to medically treat yourself, by squeezing mass amounts of puss from your knee. Due to you self-medicating, after this 3-day period you started to walk again.

The Grievance Officer's Report (17-0156) and subsequent recommendation dated August 18, 2016 and approval by the Chief Administrative Officer on August 18, 2016 have been reviewed.

Per Staff's response, Offender Harris presented with a blister that he had popped. No infection was noted and there was no reason he would not be able to walk. It is also noted Harris received disciplinary reports for his actions June 1, 2016; which he is not grieving in this submission.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Claims against Staff are not substantiated.

FOR THE BOARD:  *Sherry Benton*
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED:  *John R. Baldwin*
John R. Baldwin
Acting Director

cc:   Warden, Hill Correctional Center
      Sidney Harris, Register No. M37506

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Henry Hill Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

| Last Name | First Name | MI | ID# |
|---|---|---|---|
| Harris | Sidney | | M37504 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-29-16 5:20 pm | **S)** - Any Allergies<br>NKA | **P) MD Referral** |
| | - Location of pain / discomfort<br>Ⓛ Knee | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing (Throbbing) Constant Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>denies | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10<br>8.9/10 | |
| | - Duration of pain<br>Constant pain | **No MD referral** |
| | **O)** Initial T-99.2<br>T98.9 P 60 R 16 BP 130/74 WT 211 lbs. | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort<br>limping noted c̄ ambulation | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)<br>IBU 400mg given po @ 5:30 pm. |
| | | **Patient Teaching** |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | Pt. denies injury to knee, states he had small blister to knee 2 days ago that he had "popped". Slight swelling to Ⓛ knee, warmth to touch. Pedal, popliteal pulse palpable. Small 0.5cm open area noted to Ⓛ knee. | Ice applied to Ⓛ knee Placed in infirmary for observation. |
| | | Nurse Signature<br>Crystal Harrison RN |
| | **A)** Non-Specific Discomfort | Payment voucher   YES   (NO) |

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Henry Hill Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Harris | Sidney | |
| Last Name | First Name | MI |

ID#: M37506

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-29-16 | RN Note: | P    CPM |
| 11:10pm | S/O I/M sat on side of bed for assessment. VS: 120/80, 96.7°, 54, 12, 98%.RA. A+O x3, skin w/D, MAEW Resp even, Non-labored. Cap Refill brisk, NAD noted with movement of (L) knee, bandage to (L) knee is c/D/I. I/M reports pain to (L) knee to be 8/10. IBU issued c̄ medication instructions. I/M refused offer of more ice FOR (L) knee. A: I.E. visit. | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Hill Correctional Center

| Offender Information: | | |
|---|---|---|
| Harris | Sidney | |
| Last Name | First Name | MI |
| | | ID#: M37506 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/10 approx 9ᵗʰ | WNote) <br> S/o = mf rounds completed @ approx 745A Inmate resting ined MAEW Skin brown warm dry ¢/o ⓒ knee pain "It's infected" no opening in skin No drainage Not hot to touch Inmate reports drainage "I popped it" 3 days ago Area healed Pedipulse + Cap refill brisk less 3sec, VS= 142/82, 14, 60,97° 988 PA Gait steady unassisted Reports pain 9 "It helps and when I take 4" Reports of 400mg Motrin A= Inf visit | Mental Health Referral done) discharge to HU — done note case discussed c Dr Sood see above order Motrin 800mg PO BID PRN x 5 days Advised if any issued Discussed s/s of infection to report to HCU/NSC Do not "pop" States understanding Health RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Henry Hill Correctional_ Center

Exhibit B

**Non-Specific Discomfort**

Offender Information:

_Harris_ _Sidney_ ID#: _M3 75%_
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-30-16 | S) - Any Allergies  _NKA_ | P) MD Referral |
| 1265P | - Location of pain / discomfort  _LT knee_ | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  (Stabbing) (Throbbing) (Constant) Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  _last 4 days_ | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  _9-10_ | |
| | - Duration of pain  _4 days_ | **No MD referral** |
| | O)  _98$_  P  _64_  R  18  BP  _138/74_  WT  _211_  _5-29-16_ | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  _Unable to walk_ | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)  _has Motrin 800mg BID prn_ |
| | | **Patient Teaching**  _Placed in no B4_ |
| | - Observations related to body part affected  _sl. swelling_  _S/R painful_ | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | _gait steady unassisted_ | |
| | | Nurse Signature  _D Clark RN_ |
| | A) Non-Specific Discomfort | Payment voucher  YES  (NO)  _Code 3_ |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Henry Hill Correctional     Center

| Offender Information: | | |
|---|---|---|
| Harris | Sidney | ID#: M37586 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/16 4:30p | RN Note S/O I/m sleeping in bed awoke to name, C/O pain 9/10 ⓛ knee. "I cracked it et can't walk" I/m then asked the officer "can I use the phone later" Questioned I/m if he couldn't walk how he was going to use the phone" I/m started laughing — No Acute distress observed, A/O×3 resp even non labored L/S clear throughout heart reg et strong, BS | P: MD to evaluate in Am cont |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Exhibit B

Hill CC _____ Center

| Offender Information: | | |
|---|---|---|
| HaRRiS | SidNey | ID#: M37506 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/16 4:20p | RN Note cont active x4, skin warm/dry no deficit in ROM to (L) knee, ∅ ss‡ of infection, no break in skin integrity no ~~warth~~ Erroret warmth, swelling or ecchymosis noted, I/m denies numbness/tingling to LLE, pedal et popliteal pulses palpable, cap refill < 3 sec to (L) foot, I/m asked to stand by this nurse — able to stand, although ambulated c̄ a limp VS 97³, 16, 70, 98% RA, 122/78 A: Alteration in comfort | R Hawkins |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Hill CC _____  Center

| Offender Information: | | |
|---|---|---|
| HaRRiS | Sidney | ID#: M37506 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-30-16 | RN Note: | P   CPM |
| 11:15pm | S/O I/M sat on edge of bed for assessment. VS: 136/80, 97.9, 88, 14, 95% RA A&O x3, skin W/D, cap. Refill brisk, no break in skin noted to ⓇKnee. MAEW, pedal pulse present I/M able to wiggle toes. No swelling noted to Knee, no bruising noted to Knee. I/M Reports Knee pain to be 9/10. IBU given per protocol. A Inf. Visit. _____ ꞓ M~~~~~ | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit B

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Hill Correctional Center

Offender Information:

Harris | Sidney | | ID#: M32506
Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 5/31/16 | [illegible] | |
| [illegible] | [illegible] | [illegible] |
| V.S. [illegible] 122/84 | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

Noted 5/31/16 [illegible]

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Hill Correctional _____ Center

Exhibit B

Offender information:

Harris _____ Sidney _____ ID#: M37506
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5-31-16 9P | RN note<br>S: ℅ Ⓛ knee swelling<br>O: O₂ Sat 95% RA BP 112/84<br>TPR 96.4/61/16, AOX3<br>Skin all Color good.<br>R upper arm wound has<br>1/8" open area & knee<br>See MD note previous<br>page. Sl. swelling.<br>Ambulates & steady<br>even gait. N'o guarding.<br>A: Imp. wnd | P: Bactrim DS ____<br>to inmate. D/C to<br>1830. MD called<br>N, no grand no gym<br>x 1 mo. Dilaca |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Exhibit B*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Henry Hill Correctional          Center

Dizziness/ Vertigo

| Offender Information: | | | |
|---|---|---|---|
| Last Name: *Harris* | First Name: *Sidney* | MI: | ID#: *M37506* |

*Code 3*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | S) - Onset  *3pm* | P)          **Referral to MD** |
| *6/1/16* | | |
| *6:54p* | - Other symptoms  *Headache* | - Any recent head trauma or LOC or alteration in consciousness |
| | | - Any history of blood loss |
| | - History of head injury  (Yes)  No  *Hit in head c̄ hammer et a bat* | - Difficulty walking |
| | - History of loss of consciousness  Yes  (No) | - Abnormal VS, pupillary reflexes or hand grasps |
| | - Any similar episodes in the past  Yes  (No) | - Possible ear infection |
| | - If so, did you seek treatment  *N/A* Yes  No | - Reported or objective finding of lateralizing weakness or numbness in any extremity |
| | - Was it effective  *N/A* Yes  No | - Any dizziness with chest pain or altered mental status |
| | - Is dizziness related to change of position  Yes  No  *S/t Continuous Dizziness* | |
| | - Experience problems walking  (Yes)  No  *Refused to get off of day* | |
| | - Any other Medical conditions  *room table* | |
| | *approx 12oz + 2 big cups* | ✓ **Patient Teaching** |
| | - Medications currently taking  *Bactrim DS BID*  *Motrin 800mg BID PRN*  *Celexa 10mg @AM* | ✓ - Limit activity if dizzy to prevent fall or injury |
| | | ✓ - Avoid standing quickly from a supine position |
| | - Any recent medications  *Bactrim DS* | ✓ - Eat properly with adequate fluid intake |
| | | OVER |
| | - Any allergies  *NKA* | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

*Exhibit B*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Henry Hill Correctional Center

**Dizziness/ Vertigo (Cont.)**

Offender Information:

Last Name: Harris   First Name: Sidney   MI: ___   ID#: M37506

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/1/16 6:54p | O) 978  P 120  R 18  BP 138/82  WT 210 lbs | ✓ - Get adequate rest |
|  | - Lying  BP 126/78  P 82 | ✓ - Return to NSC if symptoms worsen or persist. |
|  | - Standing  BP 132/80  P 90 | I/m had his hand covering face although every time any one entered HCU he would look up to see who it was I/m has been in Infirmary 2x this week for falling out on the walk claiming he can't walk I/m has been on Bactrim DS and Motrin 800mg for his pain. No deficits noted from assessment. |
|  | - Pupillary reaction  PERRLA |  |
|  | - Hand grips equal and strong bilat   (Yes)  No |  |
|  | - Able to walk straight line with eyes closed   Yes  No  Refused to attempt |  |
|  | - Ear canals reddened   Yes  (No) |  |
|  | - S&S of ear infection   Yes  (No) |  |
|  | - Accucheck  145 |  |
|  | I/m uncooperative in cell house et refused to get up, back boarded to ambulance Taken into HCU via wheelchair I/m assessed to the best of this writers ability due un-cooperative, I/m given 2 pitchers of H₂O et refused to drink 2nd one. I/m has boil on ① knee et was seen by MD on 5/31/16 I/m claims he "can't walk" due to ① knee pain et refused to get out of wheelchair to attempt. LT Jones took I/m to Seg | Nurse Signature  R Hawkins |
|  | A) Dizziness | Payment voucher  (YES)  NO |

Exhibit

MEDICATION SHOULD BE TAKEN WITH PLENTY OF WATER
PHARMACY SERVICES

**BOSWELL** PHARMACY SERVICES, LLC DEA# BB5804
131 Schoolhouse Road, Jennerstown, PA 15547 • 1-888-688-3

Rx# 51926837-2    4/5/2016   03/08/17  SOOD, K

HILL, STOCK   HILS

TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDERS *STOCK*                     *REF 7 DAYS BEFORE 4/7/201

40 TAB Total Qty

20 TAB - Each

**SULFAMETHOXAZOLE-TMP DS**
Generic for: BACTRIM DS
1 of 2       ACQ JMM SJB HILS       HILL CORR CTR-STOCK

SULFATRIM DS
800MG/160MG TAB
Exp: 03/29/17  Int:SLS

365862420053
Lot STSD15091-A
16089 AUROBINDO

AVOID prolonged exposure to
SUNLIGHT and FINISH all this
MEDICATION unless otherwise
directed by prescriber.

5-31-16

Harris
m 37506

Take 1 tab 2X daytdl gone



Exhibit 0

Harris M 30756

BOSWELL PHARMACY SERVICES, LLC DEA# BB6804542
131 Schoolhouse Road, Jennerstown, PA 15547 • 1-888-688-3288
Rx# 519130767   4/19/2016   03/01/17   SOOD, K

HILL, STOCK    HILS          *REF 7 DAYS BEFORE 5/19/2016
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDERS (STOCK) *WITH F

270 TAB Total Qty

9 TAB - Each

IBUPROFEN 800MG TAB
Generic for: MOTRIN
21 of 30      ACQ JMM  SJB HILS       HILL CORR CTR-STOCK

BoSWELL
DO NOT TAKE ASPIRIN
WITHOUT KNOWLEDGE AND
CONSENT OF YOUR PHYSICIAN

IBUPROFEN
800 MG TAB
Exp: 03/22/17    Int: CW
367877296050
Lot HM5290ML
16082 ASC/MARK



ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

**Type of Report:** ☒ Disciplinary ☐ Investigative

Facility: Hill CC

Date: 6-1-16

Offender Name: Harris Sidney

ID #: M57366

Observation Date: 6-1-16 Approximate Time: 715 ☐ a.m. ☒ p.m. Location: Healthcare

**Offense(s): DR 504:** 403 Disobeying A Direct Order

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date & approx time this Sgt was called to Healthcare due to I/m Harris M57366 refusing to leave. This Sgt gave I/m Harris M57366 several direct orders to return for [illegible] call. I/m Harris refused this Sgt's orders to leave Healthcare and return to [illegible]. This Sgt notified Lt [illegible] who arrived and escorted I/m Harris to Seg. I/m Harris M57366 I.D. by his state issued I.D. E.O.R.

**Witness(es):** Sgt D. Williams 5537 R.N. Hawk

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| Sgt Hilgenbrink | 9775 | [signature] | 6-1-16 | 715 ☐ a.m. ☒ p.m. |

**Disciplinary Action:**

**Shift Review:** ☒ Temporary Confinement ☐ Investigative Status Reasons: Nature of Offense

Printed Name and Badge #: [illegible] 668

Shift Supervisor's Signature: [signature]
(For Transition Centers, Chief Administrative Officer)

Date: 6-1-16

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer Comment: [illegible]

☒ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction**, submitted to Program Unit

Print Reviewing Officer's Name and Badge #: Major [illegible]

Reviewing Officer's Signature: [signature]

Date: 6/1/16

☒ **Hearing Investigator's Review Required** (Adult Correctional-Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #: Greene

Hearing Investigator's Signature: [signature]

Date: 6/2/16

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

Offender's Signature ______ ID# ______

Serving Employee (Print Name): [illegible] Badge #: [illegible] Signature: [illegible]

Date Served ______ Time Served ______ ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report

**Type of Report:**
☒ Disciplinary     ☐ Investigative

Facility _____     Date: _____

Offender Name: _____     ID #: _____

Observation Date: _____ Approximate Time: _____ ☐ a.m. ☐ p.m.   Location: _____

**Offense(s): DR 504:** _____

**Observation:** (NOTE: Each offense identified above must be substantiated.) _____

Witness(es):
☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement     ☐ Investigative Status     Reasons: _____

Printed Name and Badge #     Shift Supervisor's Signature     Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer     Comment: _____

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature     Date

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature     Date

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

Offender's Signature _____     ID# _____

Serving Employee (Print Name) _____     Badge # _____

Date Served _____     Time Served _____

☐ I hereby agree to waive 24-hour notice of charges prior to the disc

ILLINOIS DEPARTMENT OF CORRECTIONS
## ESSENTIAL SEGREGATION PROPERTY
Hill Correctional Center

IN THE EVENT AN INMATE IS WALKED TO SEGREGATION THE FOLLOWING IS A LIST OF ESSENTIAL ITEMS HE WILL BE ALLOWED TO TAKE WITH HIM.

IN THE EVENT THE INMATE IS WALKED FROM AN AREA OTHER THAN HIS ASSIGNED LIVING UNIT (CELL), THE RANKING SECURITY STAFF PERSONNEL WILL ENSURE THAT THE ABOVE PROPERTY IS DELIVERED TO THE INMATE ON THE SAME SHIFT/DAY.

IN EITHER CASE, THE REMAINING PROPERTY IS TO BE SEARCHED AND INVENTORIED BY THE SENDING UNIT. UPON COMPLETION OF THE AFOREMENTIONED THE PROPERTY IS TO BE DELIVERED TO THE PERSONAL PROPERTY HOLDING STORAGE AREA.

When completing this section, the letter Y or N designating, yes the inmate received the item or no he did not, should be noted in the space provided.

| Y/N | ITEM | Y/N | ITEM |
|---|---|---|---|
| | BLANKET, TWO (2) | | PILLOW CASE, ONE (1) |
| | BOOKS, MAGAZINES, NEWSPAPERS (UP TO 25) | | PRAYER RUG, ONE (1) |
| | CHAIN (not to exceed 24") WITH RELIGIOUS MEDALLION | | RING (Wedding, No Stone), ONE (1) |
| | DENTURE CLEANER, ONE (1) | | SHAMPOO, ONE (1) (PACKETS ONLY) |
| | DENTURES AND DENTURE CUP | | SHEETS, TWO (2) |
| | DEODORANT, TWO (2) | | SHOWER SHOES, ONE (1) PAIR |
| | EYEGLASSES (Prescription) | | SOAP DISH, ONE (1) |
| | FAN, ONE (1) | | SOAP, TWO (2) BARS |
| | HAIR COMB (5" Only), ONE (1) | | SOCKS, THREE (3) PAIR |
| | LAUNDRY BAG (no strings), ONE (1) | | TOOTHBRUSH (Security), ONE (1) |
| | LEGAL MATERIALS | | TOOTHPASTE, TWO (2) |
| | LOTION, ONE (1) (Packets only) | | TOWELS (Bath), TWO (2) |
| | MATTRESS, ONE (1) | | UNDERSHIRTS, THREE (3) |
| | MEDICATION (Prescription) | | UNDERWEAR, THREE (3) |
| | PHOTO ALBUM, ONE (1) | | WASH CLOTHS, TWO (2) |
| | PHOTOGRAPHS, LOOSE | | WATCH, ONE (1) NO METAL |
| | PILLOW, ONE (1) | | THERMAL TOP (1)11/1 thru 3/31 |
| | INK PEN (1) | | THERMAL BOTTOM (1) 11/1 thru 3/31 |
| | | | |
| | | | |

UNIT _____   DATE INVENTORY COMPLETED _____

STAFF COMPLETING INVENTORY _____

INMATE'S SIGNATURE _____          NUMBER _____

DATE RECEIVED _____

THE RECEIVING UNIT WILL BE RESPONSIBLE FOR SHAKING DOWN THE ESSENTIAL PROPERTY PRIOR TO DISTRIBUTION TO THE INMATE. INMATES WILL BE ISSUED A MATTRESS AND LINEN UPON PLACEMENT IN SEGREGATION.

Distribution:  White   - Inmate's File
               Yellow  - Inmate's Copy
               Pink    - With Property

HIL 0005 (Rev. 12/2005)

## Segregation Privileges
(10/23/15)

| | | |
|---|---|---|
| <u>YARD</u> | SEG 5 - 20 | Monday and Thursday |
| | SEG 21-34 | Tuesday and Friday |
| | | |
| <u>SHOWERS</u> | SEG 21 - 34 | Monday and Thursday |
| | SEG 5 - 20 | Tuesday and Friday |
| | | |
| <u>BARBER</u> | SEG | Wednesday (After 30 days of seg lockup) |

| | | | |
|---|---|---|---|
| <u>LAUNDRY</u> | MONDAY | Seg 5 - 12 | |
| | TUESDAY | Seg 13 – 20 | **NO BLANKETS** |
| | WEDNESDAY | Seg 21 - 27 | |
| | THURSDAY | Seg 28 - 34 | |

<u>COMMISSARY</u>    When notified by commissary, slips will be passed out, and collected next morning.

### Segregation Rules

1. For the following rule violations, <u>tickets will be written:</u>
   a. When you leave your cell for any reason, you will not wander up and down the wing, or stop and talk at other cells for any reason.
   b. No yelling up and down the wing, including while in the showers.
   c. No kicking or banging on the cell doors.  This disruptive behavior may result in your cell being stripped of your personal property items.
   d. No yelling at employees or other offenders while on the Segregation yard. Jumpsuits must be worn properly, up on shoulders, at all times. Nothing is to be taken to the Seg yard. Items taken to the yard are considered contraband and will be confiscated.
   e. At no time will there be a covering of any kind placed on the window or light fixture of the cell.
   f. No writing or drawing on the walls, doors or beds of your seg cell.  Violations will result in IDRs written and restitution for cost of painting and/or repairs.
   g. Mattresses shall remain on the beds. Sleeping on the floor is prohibited.
   h. **No BRAIDS** allowed while in segregation.
2. All trays and trash will be picked up after each meal. You will be given ample time to eat your meal.
3. You will be asked if you want shower/yard privileges at approximately 7:30 am.  If you fail to respond at this time, it will be considered a refusal.
4. Razors are passed out during showers on Fridays in Segregation. Your ID is required to receive a razor and will be returned when razor is returned.
5. Offenders in segregation are allowed two (2) visits per month. Visits must be Monday through Friday and not on holidays or weekends. Segregation visits will be one hour in length. All segregation visits will end at 1:00pm. Visits will take place in the Segregation non-contact visiting room.
6. Security toothbrushes, toothpaste, and pens must be obtained through the inmate commissary.  The seg staff does not have these items on hand to distribute.
7. Cell cleaning will be offered on the 3-11 shift after the evening meal is picked up.



Warden

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: HARRIS, SIDNEY

Hearing Date/Time: 6/3/2016  01:10 PM

Incident Number: 201601803/1 - HIL

IDOC Number: M37506

Living Unit: HIL-R1-A-30

Status: Final

Race: BLK

Orientation Status: N/A

*Inmate signed waiver agreeing to hearing date less than 24 hrs. after ticket was served*

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 6/1/2016 | 201601803/1-HIL | OELBERG, RYAN A | SEGREGATION | 07:50 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 402 | Health,Smoking Or Safety Violations | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

Charges read, inmate pled guilty. Inmate stated the nurse had given him 2 big glasses of water, and he was in that pin, and the officers wouldn't let him go to the bathroom.

## BASIS FOR DECISION

Committee finds inmate guilty based on:

Officer states he observed inmate urinate on the floor of the segregation holding cell.

Inmate admitted to committee that he was guilty.

Inmate did not have a witness request slip at the time of his hearing.

Inmate agreed to waive 24-hour notice of charges prior to the disciplinary hearing.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| 3 Days  Segregation | 3 Days  Segregation |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| 1 Months Gym/Yard Restriction | |

| | Signature | Date | Race |
|---|-----------|------|------|
| MILLARD, GARY W  - Chair Person | L7. M. | 06/03/16 | WHI |
| KING, BARBARA A | | 06/03/16 | BLK |

Recommended Action Approved

## Final Comments: N/A

STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** HARRIS, SIDNEY | **IDOC Number:** M37506 | **Race:** BLK |
| **Hearing Date/Time:** 6/3/2016 01:10 PM | **Living Unit:** HIL-R1-A-30 | **Orientation Status:** N/A |
| **Incident Number:** 201601803/1 - HIL | **Status:** Final | |

Stephanie Dorethy / SJD  6/7/2016                                         06/07/16
_____          _____          _____
Chief Administrative Officer                          Signature                          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_____                    6-10-16        7
Employee Serving Copy to Committed Person              When Served - - Date and Time

# STATE OF ILLINOIS DEPARTMENT

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Race: BLK

...RIS, SIDNEY     IDOC Number: M37506     Orientation Status: N/A

Living Unit: HIL-R1-A-30

...016   09:30 AM

...01831/1 - HIL     Status: Final

| | Incident Officer | Location | Time |
|---|---|---|---|
| ...icket # | HILGENDORF, LYNN | HEALTH CARE UNIT | 07:15 PM |

...016   201601831/1-HIL     **Final Result**

| ffense | Violation | Guilty |
|---|---|---|
| ...3 | Disobeying A Direct Order | |
| | | Witness Status |

| Witness Type | Witness ID | Witness Name |
|---|---|---|

Witness Requested

## ...CORD OF PROCEEDINGS

...arges read, inmate pled not guilty. Inmate stated he wasn't refusing house, he was dizzy, and couldn't walk. Inmate ...ted he couldn't get up to walk to his housing unit.

## ...ASIS FOR DECISION

...ommittee finds inmate guilty based on:

...ergeant Hilgendorf states she gave inmate 3 direct orders to leave the health care unit, and return to his assigned cell, he ...id not comply.

...nmate did not have a witness request slip at the time of his hearing.

...nmate was identified by his state identification card.

## ...DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| 1 Months Gym/Yard Restriction | 1 Months Gym/Yard Restriction |

Basis for Discipline:403-Disobeying A Direct Order

### Signatures
Hearing Committee

| | | |
|---|---|---|
| DAMEWOOD, STEPHEN J - Chair Person | 06/06/16 Date | WHI Race |
| KING, BARBARA A | 06/06/16 Date | BLK Race |

Recommended Action Approved

Final Comments: N/A

# STATE OF ILLINOIS -- DEPARTMENT

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: HARRIS, SIDNEY

IDOC Number: M37506

Living Unit: HIL-R1-A-30

Race: BLK

Orientation Status: N/A

ng Date/Time: 6/6/2016   09:30 AM

dent Number:  201601831/1 - HIL

Status: Final

_____
Signature

06/07/16
_____
Date

phanie Dorethy / SJD  6/7/2016
_____
Chief Administrative Officer

committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

6-14-16   3:00P

_____
Employee Serving Copy to Committed Person

When Served  - - Date and Time



y Harris # M37506
State Rt. # 1410 E.
, IL 63995

US POSTAGE $007.25

TO: U.S. District Court
309 Federal Building, 100 N.E. Monroe
Peoria, IL 61602