**cassidayschade** LLP

CASSIDAY SCHADE LLP SPRINGFIELD
111 NORTH 6TH STREET, SUITE 200 SPRINGFIELD, ILLINOIS 62701
OFFICE 217 572 1714 FAX 217 572 1613
CASSIDAY.COM

October 31, 2018

EXHIBIT 1

WRITER'S DIRECT DIAL (217) 572-1714

Sidney Harris
IDOC #M37506
Shawnee Correctional Center
6665 Route 146 East
Vienna IL 62995

  Re: Sidney Harris v. Roxanne Harris
    Court No.: 18 cv 4095
    D/A: 5/29/18
    Our File No.: 044123/19344/JNR/KLM

Dear Mr. Harris:

  Enclosed are Authorizations for the Release of Offender Medical Health Information and Offender Mental Health or Substance Abuse Treatment Information. Please sign both Authorizations where indicated and return them to me within ten (10) days of receipt, per the Court's Merit Review Order. On the Mental Health Authorization, please sign before a witness and have the witness sign as well where indicated.

  Thank you for your prompt attention to this matter.

Sincerely,

Cassiday Schade LLP

**/s/ Karen L. McNaught**

Karen L. McNaught

Enclosures

8980727 KMCNAUGH;SPRESSLE

ATTORNEYS AT LAW  ILLINOIS  INDIANA  WISCONSIN  

ILLINOIS DEPARTMENT OF CORRECTIONS

# Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize __the Illinois Department of Corrections__ to release the following information: (State specific medical health information to be disclosed including date(s) or date range)
Facility

__any and all information__

☒ At Request of Offender and/or: __counsel__   __pending litigation__
Purpose of disclosure

from the records of __M37506__   __Sidney Harris__
ID#   Print Offender's Name

to: ☐ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☒ Other: __Counsel for Defendant__

Name: __Cassiday Schade, LLP__
Print Name

Address: __111 North 6th Street, Suite 200__
Street Address
__Springfield__   __IL__   __62701__
City   State   Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐   45 days from date of signature

☒   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):
__conclusion of litigation pending as Case No.__ __18-cv-4095__

**Signature:**

_____   _____   _____
Signature of Offender or Person Authorized to Consent   Relationship   Date

Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 01/2005)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

# Authorization for Release of Offender Mental Health or Substance Abuse Treatment Information

## This Authorization may not be used for medical health information (use form DOC 0241)

The Department of Corrections will not condition treatment on this authorization. Mental health information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization from the offender or offender's representative. If this authorization is for psychotherapy notes, it must not be used as an authorization for any other type of protected health information.

I hereby authorize ___the Illinois Department of Corrections_____ to release
                                                          Facility

**Section A: Mental Health Information** (State specific Mental Health information to be disclosed including date(s) or date range):

any and all information

**Section B: Substance Abuse Treatment Information** (as indicated below):

If Substance Abuse Treatment records are being authorized, initial all relevant areas below (including date(s) or date range):

- [X] Diagnosis
- [X] Evaluation/Assessment
- [X] Treatment Plan
- [X] Summary of Treatment Services
- [X] Continuing Care Plan
- [X] Other (specify):
- [X] Toxicological Reports/Drug Screens
- [X] Medication Management Information
- [X] Attendance in Treatment
- [X] Treatment Progress Report
- [X] Educational Information

[X] At Request of Offender and/or: counsel      pending litigation
                                                    Purpose of disclosure

from the records of   M37506         **Sidney Harris**
                        ID#                                Print Offender's Name

to:  ☐ Self    ☐ Authorized Attorney    ☐ Health Care Facility    [X] Other: counsel for Defendant

     Name: Cassiday Schade, LLP
                                        Print Name

     Address: 111 North 6th Street, Suite 200      Springfield     IL    62701
               Street Address                       City       State   Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐     45 days from date of signature

[X]    Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):
      conclusion of litigation pending as Case No. 18-cv-4095

**Signature:**

_____      _____      _____
Signature of Offender or Person Authorized to Consent         Relationship                      Date

**Witness:**

_____      _____
            Print Name                                            Title

_____      _____
            Signature                                            Date

Give Offender a copy if DOC made the request for release.

Distribution:   Offender's Medical File                                                     DOC 0240 (Rev. 01/2005)

*Printed on Recycled Paper*