ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Henry Hill Correctional _____ Center

**Non-Specific Discomfort**

**Offender Information:**

| Harris | Sidney | | ID#: M 37506 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-29-16 | **S) - Any Allergies** NKA | **P) MD Referral** |
| 5²⁰ pm | **- Location of pain / discomfort** Ⓛ Knee | • Patient presents more than twice at NSC for c/o same discomfort within one month |
| | **- Describe pain** Stabbing (Throbbing) Constant Intermittent Etc. | • Patient presents with signs of acute, severe discomfort |
| | **- Have you had this pain before and how was it treated** denies | • Patient has abnormal vital signs |
| | **- Rate pain level scale of 1 – 10** 8.9/10 | |
| | **- Duration of pain** Constant pain | **No MD referral** |
| | **O)** Initial T-99² ᵀ98⁹ ᴾ60 ᴿ16 ᴮᴾ 130/74 ᵂᵀ 211 lbs. | • Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | **- Signs of obvious discomfort** limping noted c̄ ambulation | Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) IBU 400mg given po |
| | | **Patient Teaching** @ 5:30 pm. |
| | **- Observations related to body part affected** | • Return to see provider if symptoms worsen or interfere with daily functioning |
| | Pt. denies injury to knee, states he had small blister to knee 2 days ago that he had "popped". Slight swelling to Ⓛ Knee, warmth to touch. Pedal, popiteal pulse palpable. Small 0.5 cm open area noted to Ⓛ Knee. | Ice applied to Ⓛ Knee Placed in infirmary for observation. |
| | | **Nurse Signature** Crystal Harris RN |
| | **A) Non-Specific Discomfort** | **Payment voucher**   YES   (NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 8/2002
(Replaces DC 7147)

Harris v. Jones et al (18-4095) IDOC No.   001040

Offender Information:

Harris                    Sidney           ID#: M32506
Last Name                  First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5-29-16 11:10pm | RN Note: S/O I/M sat on side of bed for assessment. VS: 120/80, 96.7°, 54, 12, 982RA A+O x3, skin w/D, MAEW Resp even, Non-labored Cap refill brisk, NAD noted with movement of Ⓛ knee, bandage to Ⓛ knee is c/d/I. I/M reports pain to Ⓛ knee to be 8/10. IBU issued c̄ medication instructions. I/M refused offer of more ice, for Ⓛ knee. A Inf. visit. | P CPM |

Harris and Jones et al (18-4095) IDOC No. 001041

## Offender Outpatient Progress Notes

**Hill Correctional** Center

Offender Information:

Last Name: HaRRis   First Name: Sidney   MI: ___   ID#: M37506

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/110 approx 9ᵗʰ | RN note S/o= inf rounds completed @ approx 745A Inmate resting in bed MAEW Skin brown warm dry % © Knee pain "It's infected" 16 opening in skin2 No drainage Not hot to touch2 Inmate reports drainage "I popped it" 3 days ago Area healed Ped/pulse + Cap refill brisk 1055 3sec, VS= 142/82, 14, 6097° 988 04 Gait steady and listed Reports pain 9 "It helps and when taken 4" Reports of 100mg Motrin A= Intf V/B:t. | Mental Health Referral done discharge to HU - done note Case discussed ū Dr Sood see above order Motrin Tɔ mg= PO B2D MOx 5 days Advised if any issue Discussed S/s of infection to report to HC11/USC Do not "pop" St does understanding Handel RN |

_____ Henry Hill Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

Harris          Sidney          ID#: 143 752

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **S)** - Any Allergies | **P)** MD Referral |
| 5-30-16 | NKA | |
| 12:45P | - Location of pain / discomfort | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | LT Knee | |
| | - Describe pain | - Patient presents with signs of acute, severe discomfort |
| | Stabbing  Throbbing  Constant  Intermittent  Etc. | |
| | - Have you had this pain before and how was it treated | - Patient has abnormal vital signs |
| | last 4 days | |
| | - Rate pain level scale of 1 – 10 | |
| | 9-10 | |
| | - Duration of pain | No MD referral |
| | 4 days | |
| | **O)** 98  P 68  R 18  BP 138/74  WT 211  5-29-16 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | Unable to walk | has Motrin 800mg BID pts |
| | | **Patient Teaching** |
| | | Placed in inf B4 |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | sl. swelling | |
| | S/R painful | |
| | gait steady unassisted | |
| | | **Nurse Signature** D Cachrile |
| | **A)** Non-Specific Discomfort | **Payment voucher**  YES  NO  Code 3 |

DOC 0084 (Eff. 9/2002
Replaces DC 7147)

Harris v. Jones et al (18-4095) IDOC No. 001044

Hill CC _____ Center

| Offender Information: | | |
|---|---|---|
| HaRRis | Sidney | ID#: M37506 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-30-16 11:15pm | RN Note: S/O I/M sat on edge of bed for assessment. VS: 136/80, 97.9, 88, 14, 95% RA A&O x3, skin W/D, cap. Refill brisk, no break in skin noted to (L) knee, MAEW, pedal pulse present I/M able to wiggle toes. No swelling noted to knee, no bruising noted to knee. I/M reports knee pain to be 9/10. TBu given per protocol. A Inf. Visit. | P CPM [signature] |

Harris v Jones et al (18-4095) IDOC No. 001047

Offender Information:

HARRIS     Sidney     ID#: M37506

Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/31/11 | | |
| 1130 S | This _____ | ① Cont be Rx |
| | ____ ay Dec | to Pin |
| V.S. | Da fir Ice | — Bectin DTP |
| a 96 | Bil ① knee, ____ | B12 x 7 dy |
| 122/84 | ____ | No ____, ____ x3ml |
| 96 184/16 | O A 2 to 3 mo | |
| | h ____ | |
| | ____ | |
| | B/51 ____ | |
| | ① knee ____ | |
| | Bil ____ | |
| | ____ | |
| | ① ~① knee pain ____ | |
| | — Bil ① knee | |

Harris v Jones et al (18-4095) IDOC No. 001046